NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2446
_____

JOSE RODAS-LEON,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                        Respondent

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A097-523-887)
Immigration Judge:  Honorable Annie S. Garcy

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 11, 2012

Before:  FUENTES, JORDAN and VAN ANTWERPEN, Circuit Judges

(Opinion filed: April 12, 2012)
_____

ORDER AMENDING OPINION
_____


The motion by Respondent to amend the opinion is granted.  The not precedential
opinion, filed April 12, 2012, is amended as follows:

The text in footnote 2 is hereby deleted and replaced with the following language:

In an order entered July 18, 2011, we directed the parties to address in their briefs
whether the BIA's May 6, 2011 order constitutes a final order of removal over

which we may exercise jurisdiction. Notably, Rodas-Leon, who is represented by counsel, did not address that specific question in his brief.

This amendment does not change the date of filing, April 12, 2012.


BY THE COURT,


/s/   Kent A. Jordan
Circuit Judge

Dated: 30 April 2012